IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS' ASSOCIATION, LOCAL 597 U.A., Plaintiffs, vs. MOVALVE SERVICES INC., a Florida Corporation, Defendant. | CIVIL ACTION<br><br>NO. 07-CV-3162<br><br>JUDGE: CASTILLO<br><br>MAGISTRATE JUDGE: ASHMAN |

## MOTION FOR ENTRY OF FINAL JUDGMENT

Now come Plaintiffs, the BOARD OF TRUSTEES of the PIPE FITTERS' ASSOCIATION, LOCAL 597 U.A., *et al.*, by and through their attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court for entry of Final Judgment against Defendant MOVALVE, INC. ("Movalve"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and in support thereof, states as follows:

1. On June 6, 2007 Plaintiffs filed their Complaint in the above referenced matter.

2. This Court entered an Order on June 11, 2007 requiring the Defendant to submit to an audit by Plaintiffs for the time period of January 2006 to the present to determine the Defendant's full liability in this case.

3. On June 14, 2007, copies of the Summons, Complaint, and Order to Submit to an

1

Audit were served upon an agent/representative of MOVALVE, by leaving a true and correct copy at 2383 Oak Ct. Orange Park, FL 32073.

4. The Court instructed Defendant to timely answer or otherwise plead to the Complaint. No responsive pleading was submitted by the Defendant. The Court administratively dismissed the case, without prejudice, but retained jurisdiction to enforce the order and enter any appropriate final judgment.

5. Based on reports submitted to the Plaintiffs by the Defendant, MOVALVE owes the Plaintiffs $68,245.29 in unpaid contributions for the period of April 2007 through present.

6. In addition, an audit was conducted by Legacy Professionals, L.L.P. on November 2, 2007 for the period of January 1, 2006 through September 30, 2007. The audit revealed that MOVALVE owes the FUNDS an additional $25,732.81 in unpaid contributions for the audited time period. In addition, MOVALVE owes the FUNDS an additional $1,993.50 in audit fees.

7. Due to Defendant's failure to submit Contribution Reports and payments in a timely manner, liquidated damages and interest charges have accrued in the amount of $20,947.73 for the period of April 2006 through September 2007.

8. Additionally, MOVALVE owes the Plaintiffs $366.00 in unpaid Referral Hall fees.

9. MOVALVE currently owes the Plaintiffs reasonable attorney fees and costs in the amount of $4,982.19 for the period of May 1, 2007 through the present. (*See* Ex. 1)

10. The total principal balance due and owing to the Plaintiffs from the Defendant is

$123,386.67.

11. Plaintiffs respectfully request this Honorable Court enter Final Judgment in favor of Plaintiffs and against the Defendant for unpaid contributions, liquidated damages, interest charges and reasonable attorney's fees and costs in the amount of $123,386.67. (*See* Ex. 2.)

12. A proposed Final Judgment Order is attached hereto as Exhibit 3.

WHEREFORE, Plaintiffs pray that this Honorable Court enter an Order of Final Judgment in favor of Plaintiffs and against Defendant in the amount of $123,386.67.

Respectfully submitted,

JOHNSON & KROL, LLC

By: /s/ Joseph E. Mallon – 6280529
One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587